DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PAUL JEROME KIEFER

GLORIA Y KIEFER

Debtors

Chapter 13

Case No. 05-54720 ASW

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2501119 for an unclaimed dividend in the amount of $0.01. The name and address of the claimant entitled to the unclaimed dividend is as follows;

PAUL JEROME KIEFER
GLORIA Y KIEFER
5104 WESTDALE DR
SAN JOSE, CA 95129

Dated: November 03, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE